FILED

OCT 7 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| YUNG LO, AKA Agnes Lo, | No. 13-15962 |
| Plaintiff - Appellant, | D.C. No. 2:12-cv-01887-APG-PAL |
| v. | |
| ETT GAMING; et al., | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the District of Nevada
Andrew P. Gordon, District Judge, Presiding

Submitted September 23, 2014[**]

Before:     W. FLETCHER, RAWLINSON, and CHRISTEN, Circuit Judges.

Yung Lo, AKA Agnes Lo, appeals pro se from the district court's judgment dismissing her employment discrimination action. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion. *Pagtalunan v. Galaza*, 291 F.3d 639, 640 (9th Cir. 2002) (dismissal for failure to comply with court orders);

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

*Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) (per curiam) (dismissal for failure to comply with local rules). We vacate and remand.

The district court dismissed Lo's action because Lo failed to comply with the court's order requiring her to file a Certificate of Interested Parties as required by the local rules. However, it appears that Local Rule 7.1-1 applies to counsel for private parties, not to pro se litigants. *See* D. Nev. R. 7.1-1 ("Unless otherwise ordered, in all cases except habeas corpus cases, *counsel* for private (non-governmental) parties shall identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case." (emphasis added)). Accordingly, we vacate and remand for further proceedings, including for the court to determine if Local Rule 7.1-1 applies to Lo.

**VACATED and REMANDED.**

13-15962